No. 67, October Term, 1958. DYER ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION ET AL., 359 U. S. 499. The motion to clarify the judgment is denied. The motion to retax costs is granted. The judgment of this Court of May 18, 1959, is recalled and the Clerk is directed to incorporate therein a reassessment of the costs so as to provide for the payment of one-half of the costs by the Union Electric Company. *J. Raymond Dyer* for petitioners-movants.

No. 824, October Term, 1958. VANT ET AL. *v.* MUTUAL BENEFIT LIFE INSURANCE Co., 359 U. S. 1002. The motion to withdraw the motion for leave to file a motion to remand is granted. *Paul Ginsburg* for petitioners-movants.

No. 4. JOHNSON, SUPERINTENDENT OF PUBLIC WORKS, *v.* TUSCARORA NATION OF INDIANS, ALSO KNOWN AS TUSCARORA INDIAN NATION. Appeal from the United States Court of Appeals for the Second Circuit. The motion to substitute John Burch McMorran as the party appellant in the place of John W. Johnson is granted. *Louis J. Lefkowitz,* Attorney General of New York, for appellant.

No. 153. McGANN *v.* UNITED STATES. Certiorari, 360 U. S. 929, to the United States Court of Appeals for the Second Circuit. The motion for the appointment of counsel is granted and it is ordered that *Thomas Homer Davis, Esquire,* of Leavenworth, Kansas, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. ——. IN RE MALONE. Joseph Malone, Jr., of Catskill, New York, having resigned as a member of the Bar of this Court, it is ordered that his name be stricken from the rolls of attorneys admitted to practice in this Court.